UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-14157-ROSENBERG/LYNCH

DAVID POSCHMANN,

        Plaintiff,

v.

CLAY HOTEL PARTNERSHIP, LTD.,

        Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

        s/Drew M. Levitt
        DREW M. LEVITT
        DML2@bellsouth.net
        Florida Bar No. 782246
        LEE D. SARKIN, ESQ.
        Lsarkin@aol.com
        Florida Bar No. 962848
        4700 N.W. Boca Raton Blvd., Suite 302
        Boca Raton, Florida 33431
        Telephone (561) 994-6922
        Facsimile  (561) 994-0837
        Attorneys for Plaintiff